201610940
(blp)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| Denis Lee Thomas and<br>Paula Thomas, | Case No. 3:16-CV-497-DJH |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| -vs- | |
| Fay Servicing, LLC, | |
| Defendant. | |

Now comes Plaintiffs and Defendant, by and through respective counsel, and hereby announce the voluntary settlement of this matter. The parties have executed a settlement agreement and are in the process of fulfilling its terms. The parties ask that the Court retain jurisdiction over this settlement process for the purpose of enforcement the agreement reached.

/s/ Joel Zimmerman, by Bill L. Purtell per authorization 3/07/18
Joel Zimmerman
Alan W. Roles
Aaron Kemper
*Attorneys for Plaintiffs, Dennis Lee Thomas and Paula Thomas*
COLEMAN, ROLES & ASSOCIATES, PLLC
1009 South Fourth Street
Louisville, KY 40203
(502) 584- 8583
(502) 584- 1826

/s/ Bill L. Purtell
Bill L. Purtell
KBA No. 89667
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100
attyemail@lsrlaw.com
*Counsel for Fay Servicing, LLC*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on March 8, 2018, a copy of the foregoing Notice Of Settlement was served by e-mail and U.S. Mail, postage prepaid, on the following:

Joel Zimmerman, Esq.
1009 South Fourth Street
Louisville, KY 40203

            /s/ Bill L. Purtell
            Bill L. Purtell