UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| DENIS LEE THOMAS and <br> PAULA THOMAS <br><br> PLAINTIFFS <br> vs. <br><br> FAY SERVICING, LLC <br><br> DEFENDANT | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 3:16CV-497-DJH <br> ) <br> ) <br> ) <br> ) |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiffs, Denis and Paula Thomas and the Defendant, Fay Servicing, LLC, by and through their respective counsel, hereby file this Joint Stipulation of Dismissal with Prejudice in regards to the within litigation, and request that this honorable Court dismiss this action as to all claims asserted by the Plaintiffs against the Defendant, with each party to bear its own attorneys' fees and costs. The Parties state that they have reached and have executed an agreement of settlement in regards to the within litigation. This Joint Stipulation of Dismissal with Prejudice is only effective upon this Court's entry of an Order of Dismissal with Prejudice, this Court retaining jurisdiction to enforce the parties' Settlement Agreement and Release.

Respectfully submitted on this 19th day of March, 2017,

| | |
|---|---|
| /S/ Joel Zimmerman | /S/ Bill Purtell (with permission) |
| Joel Zimmerman, Alan Roles & Aaron Kemper | Bill Purtell |
| COLEMAN, ROLES & ASSOCIATES, PLLC | Lerner, Sampson & Rothfuss |
| 1009 S. 4th St. | 120 E. 4th St., Suite 800 |
| Louisville, KY 40203 | Cincinnati, OH 45202 |
| T: (502) 584-8583 | T: (513) 619-6522 |
| F: (502) 584-1826 | F: (513) 354-69-36 |
| JoelZimmerman81@gmail.com | Bill.Purtell@lsrlaw.com |
| Counsel for Plaintiffs Denis and Paula Thomas | Counsel for Defendant, Fay Servicing, LLC |