UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DENNIS LEE THOMAS and
PAULA THOMAS,                                                                               Plaintiffs,

v.                                                                    Civil Action No. 3:16-cv-497-DJH-DW

FAYE SERVICING, LLC,                                                                         Defendant.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 60) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.

March 20, 2018

**David J. Hale, Judge**
**United States District Court**